No. 302. ROBERT L. CROOK AND DANIEL H. CHRISTMAN *v.* UNITED STATES. October 17, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. J. D. Wilkinson* and *C. H. Lewis* for petitioners. *Solicitor General Mitchell* and *Assistant Attorney General Willebrandt* for the United States.

No. 303. PAUL VILLERE, TRUSTEE, *v.* UNITED STATES. October 17, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Percy S. Benedict* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. A. W. Gregg,* General Counsel, Bureau of Internal Revenue, for the United States.

No. 305. MIKE FRITZEL *v.* UNITED STATES; and
No. 306. WILLIAM R. ROTHSTEIN *v.* UNITED STATES. October 17, 1927. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Bernhardt Frank* and *Maclay Hoyne* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Willebrandt* and *Mr. John J. Byrne* for the United States.

No. 307. UNITED STATES, EX RELATIONE CLINTON M. SEARL, *v.* THOMAS E. ROBERTSON, COMMISSIONER OF PATENTS. October 17, 1927. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. H. A. Toulmin* and *H. A. Toulmin, Jr.,* for petitioner. *Solicitor General Mitchell* for respondent.

No. 308. EUGENE K. PAPE, BY ELSIE WILSON PAPE, GUARDIAN AD LITEM, *v.* UNITED STATES. October 17, 1927. Petition for a writ of certiorari to the Circuit Court of